IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | CRIMINAL NO: _____ |
| v. | : | DATE FILED: _____ |
| MOSES GOODMAN | : | VIOLATION: |
| | : | 21 U.S.C. § 841(a)(1), (b)(1)(C) (possession with intent to distribute a mixture and substance containing a detectable amount of methamphetamine – 1 count) Notice of forfeiture |

## INDICTMENT

## COUNT ONE

**THE GRAND JURY CHARGES THAT:**

On or about December 15, 2021, in Catasauqua, in the Eastern District of Pennsylvania, defendant

## MOSES GOODMAN

knowingly and intentionally possessed with intent to distribute a mixture and substance containing a detectable amount of methamphetamine, a Schedule II controlled substance.

In violation of Title 21, United States Code, Section 841(a)(1), (b)(1)(C).

1

## NOTICE OF FORFEITURE

**THE GRAND JURY FURTHER CHARGES THAT:**

1.    As a result of the violation of Title 21, United States Code, Section 841(a)(1), set forth in this indictment, defendant

### MOSES GOODMAN

shall forfeit to the United States of America:

a)    any property used or intended to be used, in any manner or part, to commit, or to facilitate the commission of, such violation, and

b)    any property constituting, or derived from, proceeds obtained, directly or indirectly, from the commission of such violation.

2.    If any of the property subject to forfeiture, as a result of any act or omission of the defendant:

a)    cannot be located upon the exercise of due diligence;

b)    has been transferred or sold to, or deposited with, a third party;

c)    has been placed beyond the jurisdiction of the Court;

d)    has been substantially diminished in value; or

e)    has been commingled with other property which cannot be divided without difficulty;

it is the intent of the United States, pursuant to Title 21, United States Code, Section 853(p), to seek forfeiture of any other property of the defendant up to the value of the property subject to forfeiture.

2

All pursuant to Title 21, United States Code, Section 853.

**A TRUE BILL:**



_____
JACQUELINE C. ROMERO
UNITED STATES ATTORNEY

*No. 24-*

# UNITED STATES DISTRICT COURT

Eastern District of Pennsylvania
Criminal Division

## THE UNITED STATES OF AMERICA

vs.

MOSES GOODMAN

INDICTMENT

Counts
21 U.S.C. § 841(a)(1), (b)(1)(C) (possession with
intent to distribute a mixture and substance containing
a detectable amount of methamphetamine – 1 count)

Notice of Forfeiture

